IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOX DESIGN, LLC, | ) | Civil Action No.: |
| Plaintiff, | ) | FILED: MAY 27, 2008 |
| vs. | ) | Judge 08CV3053 LI |
| BOX STUDIO CHICAGO, LLC, | ) | Magistrate Judge JUDGE HIBBLER |
| Defendant. | ) | MAGISTRATE JUDGE BROWN |

**NOTICE OF CLAIMS INVOLVING**
**TRADEMARKS PURSUANT TO LOCAL RULE 3.4**

Plaintiff, Box Design, LLC ("Box Design"), hereby provides notice pursuant to Local Rule 3.4 of the information that the clerk is required to forward to the Commission of Patents and Trademarks as specified in 15 U.S.C.§ 1116(c). The names and address of the parties so far as known are noted hereafter in Paragraphs 1-2. The trademark number of the registration at issue in the Complaint filed herewith is provided hereafter in paragraph 3.

1. Box Design is an Illinois limited liability company with its principal place of business at 10 E. 11th Street, Chicago, Illinois, 60605.

2. Defendant Box Studio Chicago, LLC ("Box Studio") is an Illinois limited liability corporation with its principal place of business located at 17 N. State Street, Chicago, Illinois 60602.

3. Registration No. 3,088,373 - BOX ®

Dated: May 27, 2008

Respectfully submitted,
BOX DESIGN, LLC

By: _____
One of its attorneys

John J. Rock
James B. Novy
Silvia Mercado Masters
ROCK FUSCO, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000
Counsel for Plaintiff
Box Design, Inc.