AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOX DESIGN, LLC

                V.

BOX STUDIO CHICAGO, LLC

CASE NUMBER: 08 CV 3053

ASSIGNED JUDGE: Hibbler

DESIGNATED MAGISTRATE JUDGE: Brown

TO: (Name and address of Defendant)

Box Studio Design
c/o Ferndinand Dimailig
17 North State Street - Suite 1350
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Rock
Rock Fusco, LLc
321 North Clark Street - Suite 2200
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*/signature/*

(By) DEPUTY CLERK

May 28, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 5-28-08 |
| NAME OF SERVER (PRINT) James Nory | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Certified Mail, Return Receipt Requested to:
Box Studio Design
c/o Ferdinand Dimailig
17 North State Street - Suite 1350 Chicago, IL 60602

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-28-08
   Date

*Signature of Server*

321 N. Clark St. #2200 Chicago, IL 60610
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.