IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOX DESIGN, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>BOX STUDIO CHICAGO, LLC,<br><br>                    Defendant. | Civil Action No. 08 CV 3053<br><br>Judge William A. Hibbler<br><br>Mag. Judge Geraldine Soat Brown |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Box Studio Chicago, LLC, hereby moves for a 30-day extension of time to answer or otherwise plead in response to plaintiff's Verified Complaint filed May 28, 2008. The Answer is currently due to be filed on June 17, 2008, and Defendant requests an extension until July 17, 2008 to answer or otherwise plead. Plaintiff does not oppose this motion, and this motion is not for purpose of delay.

WHEREFORE, for the foregoing reasons, plaintiff Box Design, LLC respectfully requests that the Court grant its unopposed motion.


s/Jeffrey A. Pine
Jeffrey A. Pine
Charles C. Valauskas
Allison M. Corder
VALAUSKAS & PINE LLC
150 N. Wacker Drive, Suite 1825
Chicago, Illinois  60606
(312) 673-0360  Telephone
(312) 673-0361  Facsimile

Attorneys for Defendant
BOX STUDIO CHICAGO, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served upon:

>John J. Rock
>James B. Novy
>Silvia Mercado Masters
>ROCK FUSCO, LLC
>321 North Clark Street – Suite 2200
>Chicago, Illinois 60610
>(312) 434-1000 Telephone
>(312) 434-1001 Facsimile

via electronic filing pursuant to ECF this 12th day of June, 2008.

>s/Jeffrey A. Pine
>Jeffrey A. Pine
>Charles C. Valauskas
>Allison M. Corder
>VALAUSKAS & PINE LLC
>150 N. Wacker Drive, Suite 1825
>Chicago, Illinois  60606
>(312) 673-0360  Telephone
>(312) 673-0361  Facsimile

{00051475.DOC /}

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOX DESIGN, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BOX STUDIO CHICAGO, LLC,<br><br>　　　　　　　　Defendant. | Civil Action No. 08 CV 3053<br><br>Judge William A. Hibbler<br><br>Mag. Judge Geraldine Soat Brown |

**NOTICE OF MOTION**

　　　　On Tuesday, June 17, 2008 at 9:30 a.m., Defendant Box Studio Chicago, LLC, through its attorneys, shall appear before the Honorable Judge Hibbler in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present the concurrently filed Unopposed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which accompanies this notice.

 

 June 12, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　<u>s/Jeffrey A. Pine　　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　Jeffrey A. Pine
　　　　　　　　　　　　　　　　　　Charles C. Valauskas
　　　　　　　　　　　　　　　　　　Allison M. Corder
　　　　　　　　　　　　　　　　　　VALAUSKAS & PINE LLC
　　　　　　　　　　　　　　　　　　150 N. Wacker Drive, Suite 1825
　　　　　　　　　　　　　　　　　　Chicago, Illinois  60606
　　　　　　　　　　　　　　　　　　(312) 673-0360  Telephone
　　　　　　　　　　　　　　　　　　(312) 673-0361  Facsimile

　　　　　　　　　　　　　　　　　　Attorneys for Defendant BOX STUDIO CHICAGO, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of NOTICE OF MOTION was served upon:

>John J. Rock
>James B. Novy
>Silvia Mercado Masters
>ROCK FUSCO, LLC
>321 North Clark Street – Suite 2200
>Chicago, Illinois 60610
>(312) 434-1000 Telephone
>(312) 434-1001 Facsimile

via electronic filing pursuant to ECF this 12th day of June, 2008.

>s/Jeffrey A. Pine
>Jeffrey A. Pine
>Charles C. Valauskas
>Allison M. Corder
>VALAUSKAS & PINE LLC
>150 N. Wacker Drive, Suite 1825
>Chicago, Illinois  60606
>(312) 673-0360  Telephone
>(312) 673-0361  Facsimile