## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BOX DESIGN, LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>BOX STUDIO CHICAGO, LLC,<br><br>                    Defendant. | Civil Action No. 08 CV 3053<br><br>Judge William A. Hibbler<br><br>Mag. Judge Geraldine Soat Brown |

## NOTICE OF MOTION

On Tuesday, June 17, 2008 at 9:30 a.m., Defendant Box Studio Chicago, LLC, through its attorneys, shall appear before the Honorable Judge Hibbler in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present the concurrently filed Unopposed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which accompanies this notice.

June 12, 2008

                                        Respectfully submitted,

                                        s/Jeffrey A. Pine
                                        Jeffrey A. Pine
                                        Charles C. Valauskas
                                        Allison M. Corder
                                        VALAUSKAS & PINE LLC
                                        150 N. Wacker Drive, Suite 1825
                                        Chicago, Illinois  60606
                                        (312) 673-0360  Telephone
                                        (312) 673-0361  Facsimile

                                        Attorneys for Defendant BOX STUDIO CHICAGO, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of NOTICE OF MOTION was served upon:

>John J. Rock
>James B. Novy
>Silvia Mercado Masters
>ROCK FUSCO, LLC
>321 North Clark Street – Suite 2200
>Chicago, Illinois 60610
>(312) 434-1000 Telephone
>(312) 434-1001 Facsimile

via electronic filing pursuant to ECF this 12th day of June, 2008.

>s/Jeffrey A. Pine
>Jeffrey A. Pine
>Charles C. Valauskas
>Allison M. Corder
>VALAUSKAS & PINE LLC
>150 N. Wacker Drive, Suite 1825
>Chicago, Illinois  60606
>(312) 673-0360  Telephone
>(312) 673-0361  Facsimile