UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Box Design, LLC
                          Plaintiff,

v.                                           Case No.: 1:08−cv−03053
                                                                     Honorable William J. Hibbler

Box Studio Chicago, LLC
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Defendant's Unopposed Motion for extension of time until 7/17/08 to answer or otherwise plead [12] is granted. Status hearing to set discovery schedule set for 8/6/2008 at 09:30 AM. Joint proposed discovery schedule to be submitted to the Court by 8/4/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.