**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOX DESIGN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 3053 |
| | ) | |
| vs. | ) | Judge William A. Hibbler |
| | ) | |
| BOX STUDIO CHICAGO, LLC, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and 15 U.S.C. § 1116, Plaintiff Box Design, LLC ("Box Design") hereby moves this Honorable Court for a Preliminary Injunction in the form set forth in the proposed Order filed herewith. Time is of the essence in this action. As is more fully stated in the Memorandum in Support of this Motion, Defendant is using the Plaintiff's trademark, BOX®, in conjunction with its architecture services which infringes Plaintiff's trademark rights in its registered mark, BOX®.

Such unauthorized use of Plaintiff's property is likely to cause, and has caused, confusion as to the source of Defendant's services, or to cause confusion as to Plaintiff's sponsorship or affiliation with Defendant's services. Plaintiff has already suffered irreparable harm and will continue to suffer such harm unless this Court grants preliminary relief.

Plaintiff bases this Motion on its Verified Complaint, the Memorandum in Support of its Motion for Preliminary Injunction and the Exhibits submitted therewith, and all the evidence which will be presented at the hearing on this motion, should this Honorable Court find that such a hearing is necessary.

Dated: June 19, 2008 	Respectfully submitted,
	BOX DESIGN, LLC

	By:	 s/ Silvia Mercado Masters 
		One of its attorneys

John J. Rock
James B. Novy
Silvia Mercado Masters
ROCK FUSCO, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000

Counsel for Plaintiff
Box Design, LLC

## CERTIFICATE OF SERVICE

    I, Silvia Mercado Masters, hereby certify that a copy of the attached **Plaintiff's Motion for a Preliminary Injunction** has been served upon:

Jeffrey A. Pine
pine@vp-law.com

Charles C. Valauskas
ccv@vp-law.com

Allison Dudley
dudley@vp-law.com

via ELECTRONIC FILING on June 19, 2008.

                                                       s/ Silvia Mercado Masters
                                                            Silvia Mercado Masters