**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOX DESIGN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 3053 |
| | ) | |
| vs. | ) | Judge William A. Hibbler |
| | ) | |
| BOX STUDIO CHICAGO, LLC, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and 15 U.S.C. § 1116, Plaintiff Box Design, LLC ("Box Design") hereby moves this Honorable Court for a Preliminary Injunction in the form set forth in the proposed Order filed herewith. Time is of the essence in this action. As is more fully stated in the Memorandum in Support of this Motion, Defendant is using the Plaintiff's trademark, BOX®, in conjunction with its architecture services which infringes Plaintiff's trademark rights in its registered mark, BOX®.

Such unauthorized use of Plaintiff's property is likely to cause, and has caused, confusion as to the source of Defendant's services, or to cause confusion as to Plaintiff's sponsorship or affiliation with Defendant's services. Plaintiff has already suffered irreparable harm and will continue to suffer such harm unless this Court grants preliminary relief.

Plaintiff bases this Motion on its Verified Complaint, the Memorandum in Support of its Motion for Preliminary Injunction and the Exhibits submitted therewith, and all the evidence which will be presented at the hearing on this motion, should this Honorable Court find that such a hearing is necessary.

Dated: June 19, 2008          Respectfully submitted,
                                       BOX DESIGN, LLC

                                       By:     s/ Silvia Mercado Masters
                                                       One of its attorneys

John J. Rock
James B. Novy
Silvia Mercado Masters
ROCK FUSCO, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000

Counsel for Plaintiff
Box Design, LLC

## CERTIFICATE OF SERVICE

I, Silvia Mercado Masters, hereby certify that a copy of the attached **Plaintiff's Amended Motion for a Preliminary Injunction** has been served upon:

Jeffrey A. Pine
pine@vp-law.com

Charles C. Valauskas
ccv@vp-law.com

Allison Dudley
dudley@vp-law.com

via ELECTRONIC FILING on June 19, 2008.

                                                       s/ Silvia Mercado Masters
                                                       Silvia Mercado Masters

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOX DESIGN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 3053 |
| | ) | |
| vs. | ) | Judge William A. Hibbler |
| | ) | |
| BOX STUDIO CHICAGO, LLC, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY INJUNCTION ORDER**

This matter is before the Court on the Plaintiff, Box Design, LLC's ("Box Design"), Motion for a Preliminary Injunction. In its Verified Complaint, Box Design alleges, *inter alia*, that Defendant is providing architectural services using the Plaintiff's trademark, BOX ®, which infringes Plaintiff's trademark rights in its registered mark, BOX®.

A hearing was held on Plaintiff's motion on _____, 2008. This Court has considered the evidence of the Plaintiff and the arguments of counsel at the hearing, Plaintiff's Verified Complaint, Motion for Preliminary Injunction and supporting memorandum, and the exhibits attached thereto.

**Based on those submissions, IT APPEARS THAT:**

1. Plaintiff is likely to succeed on the merits of its trademark infringement claims;

2. There is a high probability that Plaintiff will be irreparably injured as a result of Defendant's continued use of the Plaintiff's registered mark, BOX®, in connection with its architectural services; and

3. The balance of hardships tips decidedly in Plaintiff's favor;

**It is therefore ORDERED, ADJUDGED and DECREED THAT:**

1. This Court has jurisdiction over the subject matter and over the parties to this action;

2. Defendant and each of its principals, officers, agents, servants, employees, attorneys and those persons under its control or in active concert of participation with it who receive actual notice of this order by personal service or otherwise, are hereby enjoined and restrained, pending final resolution of the action or until further notice of this Court, from using the term BOX® in connection with its corporate name or its services in the Chicagoland area as well as any other mark confusingly similar to Plaintiff's BOX® mark in the Chicagoland area.

Pursuant to Rule 65(c), Plaintiff shall post a bond in the amount of $_____ as a condition to entry of this Preliminary Injunction.

_____
Judge William J. Hibbler
United States District Court
Northern District of Illinois, Eastern Division