UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOX DESIGN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 3053 |
| | ) | |
| vs. | ) | Judge William A. Hibbler |
| | ) | |
| BOX STUDIO CHICAGO, LLC, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

    **PLEASE TAKE NOTICE** that on **Wednesday, June 25, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable William J. Hibbler**, or any other judge sitting in his stead, in Room 1225, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Plaintiff's Amended Motion for Preliminary Injunction,** a copy of which is hereby served upon you.

Dated: June 19, 2008                                        Respectfully submitted,
                                                                     BOX DESIGN, LLC

                                                                     By:     s/ Silvia Mercado Masters
                                                                              One of its attorneys

John J. Rock
James B. Novy
Silvia Mercado Masters
Rock Fusco, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000

## CERTIFICATE OF SERVICE

I, Silvia Mercado Masters, hereby certify that a copy of the attached **Notice of Motion** has been served upon:

Jeffrey A. Pine
pine@vp-law.com

Charles C. Valauskas
ccv@vp-law.com

Allison Dudley
dudley@vp-law.com

via ELECTRONIC FILING on June 19, 2008.

                                            s/ Silvia Mercado Masters
                                            Silvia Mercado Masters