**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Box Design, LLC

       Plaintiff,

v.               Case No.: 1:08−cv−03053
               Honorable William J. Hibbler

Box Studio Chicago, LLC

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

  MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 6/25/2008 regarding motion for preliminary injunction[19], motion for preliminary injunction [21]. Hearing on plaintiff's motion for preliminary injunction [21] is continued to 7/9/2008 at 09:30 AM. Parties to meet and agree on a discovery schedule on an expedited basis and possible resolution prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.