**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Box Design, LLC

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03053
　　　　　　　　　　　　　　　　　　　　Honorable William J. Hibbler

Box Studio Chicago, LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Hearing on plaintiff's motion for preliminary injunction is reset to 7/17/2008 at 09:30 AM. Parties to submit an agreed discovery schedule on an expedited basis prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.