IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOX DESIGN, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BOX STUDIO CHICAGO, LLC,<br><br>　　　　　　　　Defendant. | Civil Action No. 08 CV 3053<br><br>Judge William A. Hibbler<br><br>Mag. Judge Geraldine Soat Brown |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Box Studio Chicago, LLC, hereby moves for a 7-day extension of time to answer or otherwise plead in response to plaintiff's Verified Complaint filed May 28, 2008. The parties are currently discussing a settlement to the lawsuit and the seven days will provide additional time to discuss resolving all issues. The Answer is currently due to be filed on July 17, 2008, and Defendant requests an extension until July 24, 2008 to answer or otherwise plead. This is Defendant's second request for extension of time to Answer the Complaint. Plaintiff does not oppose this motion, and this motion is not for purpose of delay.

WHEREFORE, for the foregoing reasons, plaintiff Box Design, LLC respectfully requests that the Court grant its unopposed motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

July 14, 2008

　　　　　　　　　　　　　　　　　　　s/Jeffrey A. Pine
　　　　　　　　　　　　　　　　　　　Jeffrey A. Pine
　　　　　　　　　　　　　　　　　　　Charles C. Valauskas
　　　　　　　　　　　　　　　　　　　Allison M. Corder
　　　　　　　　　　　　　　　　　　　VALAUSKAS & PINE LLC
　　　　　　　　　　　　　　　　　　　150 N. Wacker Drive, Suite 1825
　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60606
　　　　　　　　　　　　　　　　　　　(312) 673-0360  Telephone
　　　　　　　　　　　　　　　　　　　(312) 673-0361  Facsimile

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant BOX STUDIO CHICAGO, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served upon:

>John J. Rock
>James B. Novy
>Silvia Mercado Masters
>ROCK FUSCO, LLC
>321 North Clark Street – Suite 2200
>Chicago, Illinois 60610
>(312) 434-1000 Telephone
>(312) 434-1001 Facsimile

via electronic filing pursuant to ECF this 14th day of July, 2008.

>s/Jeffrey A. Pine
>Jeffrey A. Pine
>Charles C. Valauskas
>Allison M. Corder
>VALAUSKAS & PINE LLC
>150 N. Wacker Drive, Suite 1825
>Chicago, Illinois  60606
>(312) 673-0360  Telephone
>(312) 673-0361  Facsimile