IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOX DESIGN, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>BOX STUDIO CHICAGO, LLC,<br><br>                Defendant. | Civil Action No. 08 CV 3053<br><br>Judge William A. Hibbler<br><br>Mag. Judge Geraldine Soat Brown |

**NOTICE OF MOTION**

On Thursday, July 17, 2008 at 9:30 a.m., Defendant Box Studio Chicago, LLC, through its attorneys, shall appear before the Honorable Judge Hibbler in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present the concurrently filed Unopposed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which accompanies this notice.

July 14, 2008

Respectfully submitted,

s/Jeffrey A. Pine
Jeffrey A. Pine
Charles C. Valauskas
Allison M. Corder
VALAUSKAS & PINE LLC
150 N. Wacker Drive, Suite 1825
Chicago, Illinois 60606
(312) 673-0360 Telephone
(312) 673-0361 Facsimile

Attorneys for Defendant BOX STUDIO CHICAGO, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of NOTICE OF MOTION was served upon:

>John J. Rock
>James B. Novy
>Silvia Mercado Masters
>ROCK FUSCO, LLC
>321 North Clark Street – Suite 2200
>Chicago, Illinois 60610
>(312) 434-1000 Telephone
>(312) 434-1001 Facsimile

via electronic filing pursuant to ECF this 14th day of July, 2008.

>s/Jeffrey A. Pine
>Jeffrey A. Pine
>Charles C. Valauskas
>Allison M. Corder
>VALAUSKAS & PINE LLC
>150 N. Wacker Drive, Suite 1825
>Chicago, Illinois 60606
>(312) 673-0360 Telephone
>(312) 673-0361 Facsimile