UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Box Design, LLC
                        Plaintiff,

v.                                      Case No.: 1:08−cv−03053
                                    Honorable William J. Hibbler

Box Studio Chicago, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 7/17/2008 regarding motion for extension of time to file answer, motion for relief [25], motion for preliminary injunction [21]. Plaintiff's Motion for preliminary injunction [21] is continued to 8/6/2008 at 09:30 AM. Defendant's Motion for extension of time until 8/6/08 to answer [25] is granted. All outstanding discovery responses stayed until the next court date. Parties to advise the Court if the matter is resolved prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.