

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:                    Allison M. Corder

FIRM:                    Valauskas & Pine LLC

STREET ADDRESS:          150 South Wacker Drive, Suite 620

CITY/STATE/ZIP:          Chicago, Illinois  60606

PHONE NUMBER:            312-673-0360

E-MAIL ADDRESS:          corder@vp-law.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6276467

If you have previously filed an appearance with
this Court using a different name, enter that name:   Allison M. Dudley

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05-cv-5529 | Geisha LLC v Tuccillo | Pallmeyer |
| 08-cv-3053 | Box Design, LLC v Box Studio Chicago, LLC | Hibbler |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____           August 13, 2008
Attorney's Signature                Date